## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 11-43817 |
| Jafer Hasnain and Arshia Hussain, | ) Chapter 11 |
| | ) Judge Eugene R. Wedoff |
|      debtors/debtors-in-possession. | ) |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 28th day of November, 2012 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Debtor's Counsel, For Allowance and Payment of Final Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar\
Crane, Heyman, Simon, Welch & Clar\
l35 S. LaSalle St., Suite 3705\
Chicago, Illinois 60603\
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF COOK | ) |

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served electronically or first class mail (as indicated) on all the parties listed on the attached service list on the 6th day of November, 2012, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn St, Ste. 873
Chicago, IL 60604
**Court's Electronic Registration** -
USTPRegion11.ES.ECF@usdoj.gov

Jean Soh
Polsinelli Shughart PC
161 N. Clark St., #4200
Chicago, IL 60601
**Court's Electronic Registration** -
jsoh@polsinelli.com

Jafer Hasnain
Arshia Hussain
130 N. Garland Ct, Apt. 4005
Chicago, IL 60602
**Email**

Lauren Newman
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
**Email** - lnewman@thompsoncoburn.com

Andrew E. Houha
Johnson, Blumberg & Associates
230 W. Monroe, #1125
Chicago, IL 60606
**Court's Electronic Registration** -
andrew@johnsonblumberg.com

Andrew J. Nelson
Pierce & Associates PC
1 N. Dearborn, #1300
Chicago, IL 60602
**Court's Electronic Registration** -
a n e l s o n @ a a t t y - p i e r c e . c o m ,
northerndistrict@atty-pierce.com

Peter Bastianen
Codilis & Associates
15W030 N. Frontage Rd., #100
Burr Ridge, IL 60527
**Court's Electronic Registration** - ND-
Four@il.cslegal.com

Michael A. Campbell
100 S. Fourth St., Suite 1000
St. Louis, MO 63102
**VIA EMAIL** - mcampbell@polsinelli.com

M. Leslie Kite
M. Leslie Kite & Associates, P.C.
208 S. LaSalle St., #1750
Chicago, IL 60604-1170
**Court's Electronic Registration** -
les@kitelaw.net

Academic Approach
342 W. Armitage Ave.
Chicago, IL 60614

Bank of America
P.O. Box 5170
Simi Valley, CA 93062

Chase Home Finance
PO Box 24696
Columbus, OH 43224-4696

Chase Mortgage
3415 Vision Drive
Columbus, OH 43219

CitiMortgage
PO Box 660065
Dallas, TX 75266-0065

CitiMortgage
P.O. Box 6243
Sioux Falls, SD 57117

City of Chicago
121 N. Clark Street
Room 700
Chicago, IL 60602

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Department of the Treasury
Internal Revenue Service
230 S. Dearborn St., Room 2550
Chicago, IL 60604

Direct TV
P.O. Box 6550
Englewood, CO 80155

DirecTV
PO Box 6550
Englewood, CO 80155-6550

DNR Electric
2515 6th Avenue
Broadview, IL 60155

Dr. Massood Ali
130 N. Garland Ct.
#4005
Chicago, IL 60602

DuPage Pediatrics
39902 Treasury Center
Chicago, IL 60694

Flagg Creek Water Reclamation Dist.
7001 Frontage Rd.
Willowbrook, IL 60527

FNB Grant Park
119 N. Main St.
PO Box 607
Grant Park, IL 60940

Harthshorne Plunkard
232 N. Carpenter
Chicago, IL 60607

Huron Ambulance
PO Box 673972
Detroit, MI 48267

Kelly Karras
1010 Jorie Blvd., Suite 100
Oak Brook, IL 60523

MB Financial
800 W. Madison
Chicago, IL

Metropolitan Bank
2801 W. Cermak Rd.
Chicago, IL 60623

Metropolitan Bank
2201 W. Cermak Rd.
Chicago, IL 60623

Metropolitan Bank
2201 W. Cermak Rd.
Chicago, IL

Northern Trust
50 S. LaSalle Street
Chicago, IL 60603

PNC Bank
PO Box 3429
Pittsburgh, PA 15230-8003

Praeger Moving and Storage
166 Fort Hill Dr.
Naperville, IL 60540

Quarles & Brady LLP
One Renaissance square
Two North Central Ave.
Phoenix, AZ 85004

Republic Bank
2221 Camden Court
Oak Brook, IL 60523

Saeed Khan
1010 Jorie Blvd.
Suite 333
Oak Brook, IL 60523

Sudler Management/Metropolitan
Tower Condo Assoc.
8401 Innovation Way
Chicago, IL 60682

Thompson Coburn
55 E. Monroe
37th Floor
Chicago, IL 60603

University of Michigan Hospital and
Health Centers
PO Box 77000
Detroit, MI 48277-0914

Village of Hinsdale/Water & Sewer
19 E. Chicago Ave.
Hinsdale, IL 60521

-1-

Washington Park Condo Association
5140 S. King Drive
Chicago, IL 60615

Wells Fargo
P.O. Box 9039
Temecula, CA 95659

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

Wells Fargo Mortgage
P.O. Box 9039
Temecula, CA 92589

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )   Case No. 11-43817
Jafer Hasnain and Arshia Hussain,                   )   Chapter 11
                                                    )   Judge Eugene R. Wedoff
         debtors/debtors-in-possession.             )

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtors_____</u>

Date of Order
Authorizing Employment:   <u>November 23, 2011</u>

Period for Which Compensation
is Sought:  From: <u>October 28, 2011</u>  through <u>October 30, 2012</u>

Amount of Fees Sought: <u>$ 41,719.00_____</u>

Amount of Expense
Reimbursement Sought:  <u>$2,001.50_____</u>

This is a(n):  Interim Application  ___    Final Application  <u>X</u>

If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| None | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $21,039.00

Date: <u>November 5, 2012</u>          Applicant:       Scott R. Clar and the firm
                                                          <u>Crane, Heyman, Simon, Welch & Clar</u>

                                                 By: <u>/s/Scott R. Clar_____</u>
                                                          Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 11-43817 |
| Jafer Hasnain and Arshia Hussain, | ) | Chapter 11 |
| | ) | Judge Eugene R. Wedoff |
| debtors/debtors-in-possession. | ) | |

**MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR,
AS DEBTOR'S COUNSEL FOR ALLOWANCE OF PAYMENT OF FINAL
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

NOW COMES Scott R. Clar, of the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), counsel for Sayed Jafer Hasnain and Arshia Hussain, debtors/debtors-in-possession, and for their Motion pursuant to Sections 330 and 331 of the Bankruptcy Code for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows:

<u>Introduction</u>

1.      On October 28, 2011, the Debtors filed their voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      The Debtors have operated their business and managed their financial affairs as debtors-in-possession since the Petition Date.

3.      No trustee, examiner or committee of unsecured creditors has been appointed to serve in the Debtors' Chapter 11 case.

4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5.      This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

6.      The statutory basis for the relief requested herein is Section 331 of the Bankruptcy Code.

7.     The Debtors have filed a Second Amended Plan of Reorganization ("Plan") and Second Amended Disclosure Statement ("Disclosure Statement"), which changes the amount of distribution to all unsecured creditors from 35% to 24% due to the Debtors' agreement to the allowance of the unsecured claim of First National Bank of Grant Park ("Grant Park"), in the amount of $1,572,217, instead of the originally estimated unsecured claim of $700,000.  A combined hearing in connection with the adequacy of the Disclosure Statement and Confirmation of the Plan is currently scheduled for November 14, 2012 at 10:30 a.m.  It is anticipated that, because of accepting ballots previously received and the expected revised accepting ballot of Grant Park, that the Debtors' Plan will be confirmed.

**Relevant Factual Background**

8.     The Debtors are individuals who own the following real properties:

A.     Condominium at 310 S. Michigan Ave., No. 1301, Chicago, Illinois (the "Michigan Avenue Property");

B.     Single family residence located at 558 N. Vine St., Hinsdale, Illinois (the "Hinsdale Property");

C.     Condominium located at 5142 S. King Dr., No. B1, Chicago, Illinois;

D.     Condominium located at 5148 S. King Dr., No. B1, Chicago, Illinois;

E.     Condominium located at 5144 ½ S. King Dr., No. G1, Chicago, Illinois;

F.     Condominium located at 5148 S. King Dr., No. C1, Chicago, Illinois;

G.     Condominium located at 5146 ½ S. King Dr., No. D1, Chicago, Illinois;

H.     Condominium located at 5150 S. King Dr., No. A1, Chicago, Illinois; and

I.     Condominium located at 5142 S. King Dr., Garden A, Chicago, Illinois (collectively the "King Drive Condominiums").

9.     On or about November 23, 2011, the Debtors presented their motion to employ CHSWC as the Debtors' bankruptcy counsel ("Motion to Employ"), and on November 23, 2011, an Order was entered by this Court granting the Motion to Employ. CHSWC received a $21,039 pre-petition retainer (the "Pre-Petition Retainer").

10.     By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $41,719.00 and $2,001.50, respectively, for the period commencing October 28, 2011 through and including October 30, 2012, and a direction to the Debtors to pay fees and expenses allowed in excess of the Pre-Petition Retainer.

11.     The Debtors' Chapter 11 case has progressed to the point of preparation of a Second Amended Plan of Reorganization ("Plan") and Disclosure Statement, with a combined hearing to confirm the Plan and determine the adequacy of the Disclosure Statement to be heard on November 14, 2012. It is likely that confirmation of the Debtor's Plan will take place on that date, since the Debtor's Plan has already been successfully voted upon, and the Debtor believes it has a consensual Plan of Reorganization negotiated, having resolved the objection of Grant Park.

## CHSWC BIOGRAPHICAL INFORMATION

12.     CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of seven (7) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

## SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been

primarily responsible for the representation of the Debtor in this case. From January 1985, through September 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

13. The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2011 Rate | 2012 Rate |
|---|---|---|
| Eugene Crane ("EC") | $485.00 | $490.00 |
| Glenn R. Heyman ("GRH") | $485.00 | $490.00 |
| Arthur G. Simon("AGS") | $450.00 | $470.00 |
| David K. Welch ("DKW") | $450.00 | $470.00 |
| Scott R. Clar ("SRC") | $450.00 | $470.00 |
| Jeffrey C. Dan ("JCD") | $375.00 | $395.00 |
| John H. Redfield ("JHR") | $360.00 | $370.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

14. The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing October 28, 2011 through and including October 30, 2012 is as follows:

-4-

| Attorney | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|
| Eugene Crane ("EC") | .5 | -- | $ 242.50 |
| Arthur G. Simon ("AGS") | -- | 4.0 | 1,880.00 |
| Scott R. Clar ("SRC") | 9.3 | 69.9 | 37,038.00 |
| Jeffrey C. Dan ("JCD") | -- | .9 | 355.50 |
| John H. Redfield ("JHR") | 1.7 | 4.3 | 2,203.00 |
| **Total:** | **11.5** | **79.1** | **$41,719.00** |

## LEGAL SERVICES RENDERED

15.    The legal services rendered by CHSWC, as more fully described in Exhibits

A through D, have been divided into the following categories:

A.    **GENERAL ADMINISTRATION**

The legal services rendered in this category include the preparation of motions with respect to administration of the case, including employment motions, and appearances in court regarding same, as well as the preparation of schedules and statement of financial affairs and attendance at the first meeting of creditors and the initial debtor interview at the office of the United States Trustee.

Total Time Expended:        17.5 hours

| Attorney | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|
| Eugene Crane ("EC") | .5 | | $ 242.50 |
| Scott R. Clar ("SRC") | 8.4 | 6.1 | 6,647.00 |
| John H. Redfield ("JHR") | 1.7 | .8 | 908.00 |
| **Total:** | **10.6** | **6.9** | **$7,797.50** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B.    **ISSUES CONCERNING FIRST NATIONAL BANK OF GRANT PARK**

The Debtors have incurred a deficiency claim to First National Bank of Grant Park ("Grant Park") in excess of $1 million.   CHSWC participated in several hearings also requiring the filing of pleadings in connection with various motions filed by Grant Park, including a motion to convert the Debtor's Chapter 11 case. Ultimately, CHSWC

-5-

negotiated a consensual plan with Grant Park, and a liquidated unsecured claim.

Total Time Expended:   <u>19.6</u> hours

| Attorney | 2011 <br> Hours | 2012 <br> Hours | Amount |
|---|---|---|---|
| Arthur G. Simon ("AGS") | | 4.0 | $1,880.00 |
| Scott R. Clar ("SRC") | .9 | 12.8 | 6,421.00 |
| Jeffrey C. Dan ("JCD") | | .9 | 355.50 |
| John H. Redfield ("JHR") | | 1.0 | 370.00 |
| **Total:** | **.9** | **15.7** | **$9,026.50** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C.   **MATTERS CONCERNING PLAN AND DISCLOSURE STATEMENT**

CHSWC drafted a plan, disclosure statement, and two (2) amendments thereto, mostly in conjunction with the objections of Grant Park.  Numerous hearings were held in connection with the plan and disclosure statement, as well as multiple telephone conferences concerning negotiation of the Plan.

Total Time Expended:   <u>51.3</u> hours

| Attorney | 2012 <br> Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 48.8 | $22,936.00 |
| John H. Redfield ("JHR") | 2.5 | 925.00 |
| **Total:** | **51.3** | **$23,861.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D.   **PREPARING FINAL FEE APPLICATION**

The legal services rendered in this category include preparing this motion.

Total Time Expended:   <u>2.2</u> hours

| Attorney | 2012 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 2.2 | $1,034.00 |
| **Total** | **2.2** | **$1,034.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

11.     During the course of the representation of the Debtors, CHSWC has incurred necessary expenses for which reimbursement is sought.   The total amount of these expenses for the period commencing October 28, 2011  through and including October 30, 2012 is $2,001.50.  Attached to this motion as Exhibit "E" is an itemization of the expenses incurred.


## CONCLUSION

12.     Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.   No promises concerning compensation have been made to CHSWC by any person, firm or entity.

13.     CHSWC asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services.  CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtors is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

14.     CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtors in this Chapter 11 case.

WHEREFORE, for the foregoing reasons, Scott R. Clar, and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtors, pray for the entry of an order pursuant to Sections 330 and 331 of the Bankruptcy Code, as follows:

a)   Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $41,719.00 and $2,001.50, respectively for services provided from the period commencing October 28, 2011 through and including October 30, 2012.

b)   Authorizing payment by the Debtors to CHSWC of the sum of $22,681.50, representing fees and expenses incurred in excess of the Pre-Petition Retainer; and

c)   Granting such other relief as may be just and equitable.

Respectfully submitted,

CRANE, HEYMAN, SIMON, WELCH & CLAR

By: /s/Scott R. Clar
One of its attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Hasnain\Pay CHSWC Final.mot and NOM.wpd