IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                      )
                                            )   Case No. 11-43817
Jafer Hasnain and Arshia Hussain,           )   Chapter 11
                                            )   Judge Eugene R. Wedoff
         debtors/debtors-in-possession.     )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

   PLEASE TAKE NOTICE that on the 26th day of December, 2012 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Entry of Final Decree**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

   AT WHICH TIME and place you may appear if you so see fit.

                                       /s/Scott R. Clar
                                       Crane, Heyman, Simon, Welch & Clar
                                       135 S. LaSalle St., Suite 3705
                                       Chicago, Illinois 60603
                                       (312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

   The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served electronically or first class mail (as indicated) on all the parties listed on the attached service list on the 29th day of November, 2012, before the hour of 5:00 p.m.

                                       /s/Scott R. Clar

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn St, Ste. 873
Chicago, IL 60604
**Court's Electronic Registration** -
USTPRegion11.ES.ECF@usdoj.gov

Jean Soh
Polsinelli Shughart PC
161 N. Clark St., #4200
Chicago, IL 60601
**Court's Electronic Registration** -
jsoh@polsinelli.com

Jafer Hasnain
Arshia Hussain
558 N. Vine St.
Hinsdale, IL 60521
**Email**

Lauren Newman
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
**Email** -
lnewman@thompsoncoburn.com

Peter Bastianen
Jose Moreno
Codilis & Associates
15W030 N. Frontage Rd., #100
Burr Ridge, IL 60527

Andrew J. Nelson
Pierce & Associates PC
1 N. Dearborn, #1300
Chicago, IL 60602

Andrew E. Houha
Johnson, Blumberg & Associates
230 W. Monroe, #1125
Chicago, IL 60606

Academic Approach
342 W. Armitage Ave.
Chicago, IL 60614

Bank of America
P.O. Box 5170
Simi Valley, CA 93062

Chase Home Finance
PO Box 24696
Columbus, OH 43224-4696

Chase Mortgage
3415 Vision Drive
Columbus, OH 43219

CitiMortgage
PO Box 660065
Dallas, TX 75266-0065

CitiMortgage
P.O. Box 6243
Sioux Falls, SD 57117

City of Chicago
121 N. Clark Street
Room 700
Chicago, IL 60602

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Department of the Treasury
Internal Revenue Service
230 S. Dearborn St., Room 2550
Chicago, IL 60604

Direct TV
P.O. Box 6550
Englewood, CO 80155

DirecTV
PO Box 6550
Englewood, CO 80155-6550

DNR Electric
2515 6th Avenue
Broadview, IL 60155
Dr. Massood Ali
130 N. Garland Ct., #4005
Chicago, IL 60602

DuPage Pediatrics
39902 Treasury Center
Chicago, IL 60694

Flagg Creek Water Reclamation Dist.
7001 Frontage Rd.
Willowbrook, IL 60527

FNB Grant Park
119 N. Main St.
PO Box 607
Grant Park, IL 60940

Harthshorne Plunkard
232 N. Carpenter
Chicago, IL 60607

Huron Ambulance
PO Box 673972
Detroit, MI 48267

Kelly Karras
1010 Jorie Blvd., Suite 100
Oak Brook, IL 60523

MB Financial
800 W. Madison
Chicago, IL

Metropolitan Bank
2801 W. Cermak Rd.
Chicago, IL 60623

Metropolitan Bank
2201 W. Cermak Rd.
Chicago, IL 6062

Northern Trust
50 S. LaSalle Street
Chicago, IL 60603

PNC Bank
PO Box 3429
Pittsburgh, PA 15230-8003

Praeger Moving and Storage
166 Fort Hill Dr.
Naperville, IL 60540

Quarles & Brady LLP
One Renaissance square
Two North Central Ave.
Phoenix, AZ 85004

Republic Bank
2221 Camden Court
Oak Brook, IL 60523

Saeed Khan
1010 Jorrie Blvd.
Suite 333
Oak Brook, IL 60523

Sudler Management/Metropolitan
Tower Condo Assoc.
8401 Innovation Way
Chicago, IL 60682

Thompson Coburn
55 E. Monroe
37th Floor
Chicago, IL 60603

University of Michigan Hospital and
Health Centers
PO Box 77000
Detroit, MI 48277-0914

Village of Hinsdale/Water & Sewer
19 E. Chicago Ave.
Hinsdale, IL 60521

Washington Park Condo Association
5140 S. King Drive
Chicago, IL 60615

Wells Fargo
P.O. Box 9039
Temecula, CA 95659

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

Wells Fargo Mortgage
P.O. Box 9039
Temecula, CA 92589

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 11-43817
Jafer Hasnain and Arshia Hussain, ) Chapter 11
) Judge Eugene R. Wedoff
confirmed debtors. )

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES Jafer Hasnain and Arshia Hussain, confirmed debtors herein ("Debtors"), by their attorneys, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, and in support of their Motion for Entry of Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully state as follows:

**Introduction**

1.  On October 28, 2011, the Debtors filed their voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.  The Debtors operated their business and managed their financial affairs as debtors-in-possession until confirmation of their Second Amended Plan of Reorganization on November 15, 2012. A copy of the Order confirming the Debtors' Second Amended Plan of Reorganization ("Debtors' Plan") and Approving the Adequacy of the Debtors' Second Amended Disclosure Statement is attached hereto as **Exhibit A**.

3.  No trustee, examiner or committee of unsecured creditors was appointed to serve in the Debtors' Chapter 11 case.

4.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5.  This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Sections 157(b)(2)(A), (M) and (O).

**Relevant Factual Background**

6. The Debtors are individuals who own the following real properties:

   A. Condominium at 310 S. Michigan Ave., No. 1301, Chicago, Illinois (the "Michigan Avenue Property");

   B. Single family residence located at 558 N. Vine St., Hinsdale, Illinois (the "Hinsdale Property");

   C. Condominium located at 5142 S. King Dr., No. B1, Chicago, Illinois;

   D. Condominium located at 5148 S. King Dr., No. B1, Chicago, Illinois;

   E. Condominium located at 5144 ½ S. King Dr., No. G1, Chicago, Illinois;

   F. Condominium located at 5148 S. King Dr., No. C1, Chicago, Illinois;

   G. Condominium located at 5146 ½ S. King Dr., No. D1, Chicago, Illinois;

   H. Condominium located at 5150 S. King Dr., No. A1, Chicago, Illinois; and

   I. Condominium located at 5142 S. King Dr., Garden A, Chicago, Illinois (collectively the "King Drive Condominiums").

7. The Debtors' Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code, since initial quarterly payments have been made to unsecured creditors. A summary of the payments made to creditors pursuant to the Debtors' Plan is attached hereto as **Exhibit B**.

8. Debtors respectfully request the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Jafer Hasnain and Arshia Hussain, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Jafer Hasnain and Arshia Hussain,
confirmed debtors

By: /s/Scott R. Clar
One of their attorneys

**DEBTORS' COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Hasnain\Final Decree.mot and NOM.wpd